UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 17-Cr-97

TERRY ROBINSON,

    Defendant.

---

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT (DKT. NO. 32)**

---

The court **GRANTS** the government's motion to dismiss property from the forfeiture notice of the indictment. Dkt. No. 32. The court **ORDERS** that the following property is **DISMISSED WITHOUT PREJUDICE** from the forfeiture notice of the indictment:

    1.    Approximately $100 in United States currency; and

    2.    The real property located at 5254 North 28th Street, Milwaukee, Wisconsin.

Dated in Milwaukee, Wisconsin this 1st day of May, 2018.

                                                    **BY THE COURT:**

                                                    _____
                                                    **HON. PAMELA PEPPER**
                                                    **United States District Judge**